FILED
CLERK, U.S. DISTRICT COURT

JAN 2 6 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GEORGE MARIO CASTELLANOS, ) | Case No. CV 08-06478 JVS (AN) |
| Petitioner, ) | |
| v. ) | ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| LARRY SMALL, WARDEN, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. No objections to the R&R were filed.

IT IS ORDERED that:

1.   The R&R is approved and adopted.

2.   Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3.   All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: January 2⁵, 2010

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE