JS-6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEORGE MARIO CASTELLANOS,<br>　　　　Petitioner,<br>　　v.<br>LARRY SMALL, WARDEN,<br>　　　　Respondent. | Case No. CV 08-06478 JVS (AN)<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: January 25, 2010

　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 2 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY